UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY AARON,

        Plaintiff,

                                            Case No.: 15-11014

v.

                                            HONORABLE VICTORIA A. ROBERTS

JACKIE DYER, *et al.*,

        Defendant.

_____/

**ORDER:**
**1. GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND**
**2. GRANTING PLAINTIFF'S MOTION TO DISMISS**

Before the Court are Defendant Ryan's motion for summary judgment (Doc. #28) and Plaintiff's motion to dismiss. (Doc. 29).

Defendant Ryan's motion for summary judgment is **GRANTED**. Plaintiff concurs in the motion.

Plaintiff's Motion to Dismiss Defendants Hartnagel and Artis is **GRANTED**. Defendants concur in the motion.

Judgment will enter in favor of Ryan, Hartnagel and Atis, only.

The case continues against Defendants Dryer, Funches, Holden, and Cady.

**IT IS ORDERED.**

                                                   /s/ Victoria A. Roberts
                                                 Victoria A. Roberts
                                                 United States District Judge

Dated: November 12, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record and Jeffery Aaron by electronic means or U.S. Mail on November 12, 2015.

s/Linda Vertriest
Deputy Clerk