UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY AARON,

    Plaintiff,

v.                                                      Case No. 15-11014
                                                    Honorable Victoria A. Roberts

JACKIE DYER, *et al.*,

    Defendants.

_____/

**<u>ORDER DENYING PLAINTIFF'S MOTION FOR</u>**
**<u>RELIEF FROM JUDGMENT OR ORDER [Doc. 112]</u>**

On January 12, 2017, a jury returned a verdict in favor of Defendants, finding no cause of action. The Court entered Judgment to that effect on January 17.

Following trial, Plaintiff Jeffrey Aaron filed a *pro se* Motion for New Trial pursuant to Federal Rule of Civil Procedure 59. In an Order dated August 22, 2017, the Court denied Aaron's Motion for New Trial. [Doc. 109]. The Court incorporates the factual background and analysis from that Order by reference here.

Aaron now moves to vacate the Judgment and for a new trial pursuant to Federal Rule of Civil Procedure 60(b)(2), (3) and (6). [Doc. 112].

Aaron presents the same arguments and evidence that he set forth in his supplemental brief in support of his Motion for New Trial, [*see* Doc. 106]. The Court thoroughly addressed those arguments in its Order Denying Aaron's Motion for New Trial, [*see* Doc. 109]. Aaron fails to present new evidence or a new argument that entitles him to relief from judgment or relief from the Court's August 22 Order.

For the reasons articulated in the Court's August 22 Order – as well as other reasons specific to the applicable standards for Rule 60(b) motions – Aaron's Motion for Relief from Judgment or Order [Doc. 112] is **DENIED**.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  September 14, 2017September 14, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record and Jeffrey Aaron by electronic means or U.S. Mail on September 14, 2017.

s/Linda Vertriest
Deputy Clerk